UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 18-13348-CJP |
| | ) | |
| Kevin A. DaSilva | ) | Chapter 13 |
| Robyn K. DaSilva | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

**SUPPLEMENT TO
MOTION TO EMPLOY**

Now comes the Debtor in the above captioned matter and hereby supplements the Motion to Employ (Doc #43) as follows:

1. The Debtor wishes to supplement the Motion to Employ (Doc #43) with the following:
    a) Retainer Agreement

Respectfully submitted,
Kevin A. DaSilva,
Robyn K. DaSilva

by their attorney,

Dated: December 18, 2024

***/s/ Richard D. Smeloff***
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ) | Case No. 18-13348-CJP |
| ) | |
| Kevin A. DaSilva ) | Chapter 13 |
| Robyn K. DaSilva ) | |
| ) | |
| Debtors ) | |
| ) | |

# Certificate of Service

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within Supplement to the distribution service list below by first class mail, postage prepaid, or by electronic notice.

Dated: December 18, 2024

***/s/ Richard D. Smeloff, Esq.***

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413


NAVIENT PC TRUST
C/O NAVIENT SOLUTIONS,LLC
PO BOX 9640
WILKES BARRE, PA 18773-9640


Navient Solutions, LLC. on behalf of
United Student Aid Funds, Inc. GLHEC
and Affiliates
PO BOX 8961
Madison, WI 53708-8961


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Syncb/cardis Furniture
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060


TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-1663


Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950


Richard D. Smeloff
Smeloff & Associates
500 Granite Avenue
Suites 7 & 8
Milton, MA 02186-5626


Bank of America, N.A.
P O Box 982284
EL PASO, TX 79998-2284


Navient
Attn: Bankruptcy
Po Box 9000
Wiles-Barr, PA 18773-9000


Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119-3000


ReliaMax Lending Services, LLC
P.O. Box 91910
Sioux Falls, SD 57109-1910


Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Tnb-Visa (TV) / Target
C/O Financial & Retail Services Mailstop
BV   PO Box 9475
Minneapolis, MN 55440-9475


Wells Fargo Bank, N.A.
Wells Fargo Education Financial Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse 5
Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3934


Robyn K. DaSilva
242 Hamlin Street
Acushnet, MA 02743-2027


Aes/nct
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105-2461


Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773-9635


Navient Solutions, LLC. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635


Navy Federal Credit Union
P.O. BOX 3000
Merrifield, VA 22119-3000


Reliamax Lending Servi
2300 East 54th St North
Sioux Falls, SD 57104-8809


Synchrony Bank/Lowes
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060


(p)WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001


(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203


Kevin A. DaSilva
242 Hamlin Street
Acushnet, MA 02743-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |