# Law Office Of Christopher Markey

555 Pleasant Street, Suite 5A
New Bedford, MA 02740

Christopher M. Markey, Esq.
cmarkeylaw@gmail.com

## FEE AGREEMENT

### IN RE: Injury at Wareham Elementary School

Kevin DaSilva, the "Client", hereby agrees to retain the Law Office of Christopher Markey, 555 Pleasant Street, Suite 5A, New Bedford, Massachusetts, 02740, the "Attorney/Firm", in connection with injury at the Wareham Elementary School.[1]

1. The Attorney/Firm agrees to provide legal services in connection with the above matter and to keep the Client fully informed of all significant developments and to send copies of relevant documents necessary to achieve that purpose. The Attorney shall provide such notice via first class US Mail or via electronic mail.

2. Time charges for the services will be billed with a contingency fee of thirty-three percent (33%) of the gross judgment or settlement. The Client has not paid a retainer.

3. In addition to legal fees, all costs in connection with the representation of this matter shall also be paid by the Client. Examples of these costs and out-of-pocket disbursements which the Attorney/Firm may make in connection with this matter are, without limitation, filing fees, sheriff's fees, deposition expenses, expert witness fees, engineer expenses, transcript expenses, investigation costs, and all other incidental expenses.

4. If the Client does not make payments as required under this Agreement, or if the Client has misrepresented or failed to disclose important facts to the Attorney/Firm, or if the Client unreasonably fails to follow the Attorney/Firm's advice, then the Attorney/Firm is entitled to withdraw from the handling of the case. If any of these events occur and leave is granted, and if the Attorney/Firm elects to withdraw, the Client shall promptly arrange for a substitution of counsel. In addition, there shall be an accounting by the Attorney/Firm for legal services rendered and expenses and fees paid at the time of withdrawal. All amounts owing by either party shall be paid to the other party within thirty (30) days.

5. If the relationship is terminated by the Client, or the Attorney/Firm withdraws for the reasons stated above, and there are any amounts owing to the Attorney/Firm, the Attorney/Firm shall have a lien to the extent recognized by law, upon all the Clients' documents, property or money in the Attorney/Firm's possession for payment of all amounts due.

---

[1] Previously represented by Markey & Gauvin since September 14, 2021. Due to Attorney Gauvin being appointed to Clerk Magistrate of Wrentham District Court in December 2022, she no longer represents the Client.

Telephone: 508-717-0284          Telephone: 774-206-1346          Facsimile: 774-328-8238

6. The Attorney/Firm and Client state that no results have been guaranteed by the Attorney/Firm to the Client and that this Agreement is not based upon any such promises.

7. The Attorney/Firm may in his or her discretion employ associate counsel within his or her law firm to assist in preparing the case and representing the Client. The time of the associate counsel shall be part of the legal fee discussed in paragraph 2.

8. If the Client and Attorney/Firm are unable to resolve their differences on the question of any fee, and/or expenses, they hereby agree to make a good faith effort at resolving their disputes. If the dispute cannot be resolved, the Client and Attorney/Firm agree to place the matter before the Fee Arbitration Board of the Massachusetts Bar Association, or some other fee dispute resolution body and agree to be bound by the decision.

9. If it is necessary to file suit for the collection of any amounts due from the Client under this Agreement, the Client shall pay the reasonable Attorney's fees together with Court costs for this collection

We, the Client and the Attorney/Firm, have read this Fee Agreement, agree to its terms, and have signed it as our free act and deed on this 16th day of March 2023.

_____          _____
Kevin DaSilva                                      Attorney Christopher Marker

THIS IS A LEGALLY BINDING CONTRACT. ASK TO HAVE EACH TERM YOU DO NOT UNDERSTAND FULLY EXPLAINED TO YOU SO THAT YOU UNDERSTAND THE AGREEMENT YOU ARE MAKING.